UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Mark Anderson
_____
Write the full name of each plaintiff.

25 CV 7646

(Include case number if one has been assigned)

-against-

Rupert Murdoch
Kat Timpf
_____

**COMPLAINT**

Do you want a jury trial?
☐ Yes   ☐ No

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

RECEIVED
SDNY PRO SE OFFICE
2025 SEP 12 AM 9: 51

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 1/9/17

## I. BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

[x] Federal Question

[ ] Diversity of Citizenship

### A. If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

*My first amendment to freedom of press under the Constitution of the United States of America and The Bill of Rights*

### B. If you checked Diversity of Citizenship

1. **Citizenship of the parties**

Of what State is each party a citizen?

The plaintiff, _____ , is a citizen of the State of
(Plaintiff's name)

_____
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____ .

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

If the defendant is an individual:

The defendant, **Kat Timpf  Rupert Murdoch** (Defendant's name), is a citizen of the State of

**New York**

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If the defendant is a corporation:

The defendant, **Fox News**, is incorporated under the laws of the State of **New York**

and has its principal place of business in the State of **New York**

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in **Manhattan, New York**.

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

**Mark** (First Name)  **A** (Middle Initial)  **Anderson** (Last Name)

**3046 La Salle Avenue Basement Apartment** (Street Address)

**The Bronx** (County, City)   **NY** (State)   **10461** (Zip Code)

_____ Telephone Number

_____ Email Address (if available)

B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1: Rupert Murdoch
First Name / Last Name
CEO Fox News
Current Job Title (or other identifying information)
1211 6th Avenue of the Americas
Current Work Address (or other address where defendant may be served)
New York   NY   10036
County, City / State / Zip Code

Defendant 2: Kat Timpf
First Name / Last Name
Fox News Contributor
Current Job Title (or other identifying information)
1211 6th Avenue of the Americas
Current Work Address (or other address where defendant may be served)
New York   New York   10036
County, City / State / Zip Code

Defendant 3:
First Name / Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City / State / Zip Code

Defendant 4:

First Name _____ Last Name _____

Current Job Title (or other identifying information) _____

Current Work Address (or other address where defendant may be served) _____

County, City _____ State _____ Zip Code _____

### III. STATEMENT OF CLAIM

Place(s) of occurrence: New York City

Date(s) of occurrence: August 2025

### FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

On or around September 2023 I was trafficked to New York by Rupert Murdoch and Cosimo Tiso. Upon my entry to New York City I did as Kat Timpf had instructed and applied for the Evening Edit, only to learn that Fox News management had put a non disclosure agreement on Kat Timpf. My belief is she was also coerced and swindled by Fox News. I auditioned for a nighttime host position or crew. After multiple failed attempts I contacted Kat in person and demanded to speak to Murdoch. Kat and I had major plans to deploy programs to further the Aryan Race and Libertarian causes.

Page 5

After multiple arguments with myself and Rupert Murdoch he could not come to a fair market value for my services rendered. His insolence has made me distraught with not working directly with Kat Timpf. I became hopeless and and still struggling financially because of his non sense. I was unable to launch multiple programs that I had prepared and Kat Timpf is not allowed to contact me violating her right to free speech

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

Mental Health Degradation and PTSD from being kept from Kat Timpf

## IV. RELIEF

State briefly what money damages or other relief you want the court to order.

I am seeking 1.5 billion dollars in damages.

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

Dated: _____  Plaintiff's Signature: *Mark Anderson*

First Name: **Mark**  Middle Initial: **Anthony**  Last Name: **Anderson**

Street Address: **3046 La Salle Ave Basement Apt**

County, City: **The Bronx**  State: **NY**  Zip Code: **10461**

Telephone Number: _____  Email Address (if available): _____

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☐ Yes   ☐ No

  If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

United States District Court
Southern District of New York

# Pro Se (Nonprisoner) Consent to Receive Documents Electronically

Parties who are not represented by an attorney and are not currently incarcerated may choose to receive documents in their cases electronically (by e-mail) instead of by regular mail. Receiving documents by regular mail is still an option, but if you would rather receive them only electronically, you must do the following:

1. Sign up for a PACER login and password by contacting PACER[1] at www.pacer.uscourts.gov or 1-800-676-6856;

2. Complete and sign this form.

If you consent to receive documents electronically, you will receive a Notice of Electronic Filing by e-mail each time a document is filed in your case. After receiving the notice, you are permitted one "free look" at the document by clicking on the hyperlinked document number in the e-mail.[2] Once you click the hyperlink and access the document, you may not be able to access the document for free again. After 15 days, the hyperlink will no longer provide free access. Any time that the hyperlink is accessed after the first "free look" or the 15 days, you will be asked for a PACER login and may be charged to view the document. For this reason, *you should print or save the document during the "free look" to avoid future charges.*

## IMPORTANT NOTICE

Under Rule 5 of the Federal Rules of Civil Procedure, Local Civil Rule 5.2, and the Court's Electronic Case Filing Rules & Instructions, documents may be served by electronic means. If you register for electronic service:

1. You will no longer receive documents in the mail;

2. If you do not view and download your documents during your "free look" and within 15 days of when the court sends the e-mail notice, you will be charged for looking at the documents;

3. This service does *not* allow you to electronically file your documents;

4. It will be your duty to regularly review the docket sheet of the case.[3]

---

[1] Public Access to Court Electronic Records (PACER) (www.pacer.uscourts.gov) is an electronic public access service that allows users to obtain case and docket information from federal appellate, district, and bankruptcy courts, and the PACER Case Locator over the internet.

[2] You must review the Court's actual order, decree, or judgment and not rely on the description in the email notice alone. See ECF Rule 4.3

[3] The docket sheet is the official record of all filings in a case. You can view the docket sheet, including images of electronically filed documents, using PACER or you can use one of the public access computers available in the Clerk's Office at the Court.

500 PEARL STREET | NEW YORK, NY 10007
300 QUARROPAS STREET | WHITE PLAINS, NY 10601

PRO SE INTAKE UNIT: 212-805-0175

rev. 2/9/15

Mark Anderson
3046 LaSalle Ave
Basement Apt
The Bronx, NY 10461

RECEIVED
SDNY PRO SE OFFICE
2025 SEP 12 AM 9:51

Pro Se Filing Office
500 Pearl Street
New York, NY 10007

RDC 99

U.S. POSTAGE PAID
FCM LG ENV
BRONX, NY 10461
SEP 09, 2025
$1.90
S2324K502697-42

10007