UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARK A. ANDERSON,

Plaintiff,

-against-

KAT TIMPF; RUPERT MURDOCH; FOX NEWS,

Defendants.

25-CV-7646 (PAC)

CIVIL JUDGMENT

For the reasons stated in the October 26, 2026 order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated: October 26, 2026
New York, New York

/s/ Paul A. Crotty
PAUL A. CROTTY
United States District Judge